**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| GREATER EDWARDS AQUIFER ALLIANCE, *et al.*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 5:20-cv-824 ) |
| LENNAR HOMES OF TEXAS LAND AND CONSTRUCTION, LTD., | ) ) ) |
| Defendant. | ) ) |

**ORDER REGARDING MOTION FOR ENTRY OF AGREED CONSENT DECREE**

The Court has considered the Motion for Entry of Agreed Consent Decree and all related briefs and arguments. This motion is reasonable and timely and is therefore GRANTED.

It is hereby ORDERED that the Motion for Entry of Consent Decree shall be GRANTED.

Signed this _____ day of October 2020.

_____
HON. FRED BIERY
UNITED STATES DISTRICT JUDGE