**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **GREATER EDWARDS AQUIFER ALLIANCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-20-CA-824-FB** |
| | ) | |
| | ) | |
| **LENNAR HOMES OF TEXAS LAND AND CONSTRUCTION, LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Granting Motion for Entry of Agreed Consent Decree signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the above styled and numbered cause is DISMISSED WITH PREJUDICE. Motions pending with the Court, if any, are Dismissed as Moot and this case is closed.

It is so ORDERED.

SIGNED this 26th day of October, 2020.

FRED BIERY
UNITED STATES DISTRICT JUDGE